**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MIGUEL RAMIREZ,

                Plaintiff,                22 **CIVIL** 6981 (GHW)

    -against-                                        **JUDGMENT**

UNITED STATES,
                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 21, 2023, the Petition was not timely filed, and equitable tolling of the statute of limitations is not warranted, the Petition is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Mr. Ramirez has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 671 in Case No. 1:17-cr-290-GHW. The Clerk of Court is also directed to terminate all outstanding motions in Miguel *Ramriez v. United States*, Case No. 1:22-cv-6981-GHW, to enter judgment for the United States in that case; accordingly, the case is closed.

**DATED:** New York, New York
             July 24, 2023

                                                                   **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                       **BY:**
                                                                   **Deputy Clerk**